Outstanding Medical Bills—

Christina,

I've got several bills on which I am currently making payments and some bills that require payment.

I've itemized the bills in addition to including them for your perusal:

| COLLECTOR | ACCOUNT NUMBER | BALANCE |
|---|---|---|
| 1. The Bortolazzo Group LLC-KENN | K2-176284.0 | 73.38 |
| 2. Marietta Diagnostic Center LLC | 310*23248.1 | 28.00 |
| 3. Children's Healthcare of Atlanta | 600043298 | 110.00 |
| 4. Wellstar Kennestone Hospital | K1005502445 | 569.72 |
| 5. The Bortolazzo Group LLC PAUL | 2-45619.0 | 22.31 |
| 6. Wellstar Paulding Hospital | L0929100719 | 45.00 |
| | | Total Outstanding Balance $848.41 |

I also have some medical expenses that I have already paid. I don't know if these would be included or not, but here they are.

| COLLECTOR | ACCOUNT NUMBER | AMT. PAID |
|---|---|---|
| 1. Publix Pharmacy | N/A | $94.04 |
| 2. Sherwood Clinical | N/A | $54.32 |
| 3. Atlanta Brain & Spine | 11756 | $28.82 |
| 4. Piedmont Urology | 10421 | $46.00 |
| | | Total Paid Out of Pocket $223.18 |

**Piedmont Urology, PC**
95 Collier Rd NW
Suite 6025
Atlanta, GA 30309-1752

Page: 1 of 1
**For all billing questions, please call: 404-355-6265**
Office Hours: 8:30 am to 4:30 pm

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 02/18/2010 | $46.00 | 10421 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.
SHOW AMOUNT PAID HERE $

**ADDRESSEE:**
ADAM RUSSELL
2707 COUNTY LINE RD NW
ACWORTH GA 30101-6921

12416 - 184

**MAKE CHECKS PAYABLE / REMIT TO:**
Piedmont Urology, PC
95 Collier Rd NW
Suite 6025
Atlanta, GA 30309-1752

PAID

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Description / Procedure | Insurance Charges/Adjust | Patient Charges/Credits |
|---|---|---|---|
|  | Adam Russell(10421)/William F Allen III MD/028495 |  |  |
|  | Location: Piedmont Urology PC |  |  |
| 04/09/2009 | 99241   Office consultation | $25.00 | $75.00 |
| 04/09/2009 | 55250   Vasectomy, bilateral including postoperative semen exa | $830.00 | $.00 |
| 04/10/2009 | Payment from Russell, Adam | $.00 | $-75.00 |
| 04/22/2009 | Disallowed Adjustment from United Healthcare | $-138.02 | $.00 |
| 04/22/2009 | Payment from United Healthcare | $-281.26 | $.00 |
| 04/22/2009 | Transfer from Insurance | $-435.72 | $435.72 |
|  | This amount has been applied to your deductible and is your responsibility. Please remit your payment. Thank you. |  |  |
| 05/11/2009 | Payment from Russell, Adam | $.00 | $-147.24 |
| 05/30/2009 | Payment from Russell, Adam | $.00 | $-144.48 |
| 07/27/2009 | Payment from Russell, Adam | $.00 | $-20.00 |
| 09/08/2009 | Payment from Russell, Adam | $.00 | $-24.00 |
| 10/07/2009 | Payment from Russell, Adam | $.00 | $-34.00 |
| 12/24/2009 | Payment from Russell, Adam | $.00 | $-20.00 |
|  | Balance: | $.00 | $46.00 |

ADAM L RUSSELL     1086
2707 COUNTY LINE RD NW
ACWORTH, GA 30101
Date 2/25/10     64-5/610 GA 678
Pay to the Order of   PIEDMONT UROLOGY     $ 46.00
FORTY SIX & 00/100     Dollars
Bank of America
ACH R/T 061000052
For 10421
⑆061000052⑆ 334015477201⑈ 1086

| TOTAL BALANCE | INSURANCE BALANCE | PATIENT BALANCE |
|---|---|---|
| $46.00 | $.00 | $46.00 |

**Please Pay This Amount →**

Reflects transactions posted through 02/18/2010 for account # 10421

Piedmont Urology, PC
95 Collier Rd NW
Suite 6025
Atlanta, GA 30309-1752



**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

12416 - 184

Atlanta Brain and Spine Care
P O Box 932866
Atlanta, GA 31193

ADDRESS SERVICE REQUESTED

PHONE NUMBER: 404-350-0106

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 01/25/2010 | $28.82 | 11756 |

PAGE 1

ADDRESSEE:

Adam Russell
2707 County Line Road
Acworth, GA 30101

REMIT TO:

Atlanta Brain and Spine Care
P O Box 932866
Atlanta, GA 31193

**STATEMENT**

Statement may reflect multiple patient accounts

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | CPT | DESCRIPTION | CHARGES | UNITS | TRANSACTION FEE TOTAL | INSURANCE AMOUNT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | 722.52 | Adam Russell(12884)/Vishal Sala MD/044439 Degeneration of lumbar or lumbosacral intervertebral disc | | | | | |
| 12/16/2009 | 99244 | Office Consultation, Comprehensive | $525.00 | 1.00 | $525.00 | $525.00 | |
| 12/31/2009 | | Contractual Allowance Adjustment from BHC | | | | | |
| 12/31/2009 | | Payment from BHC | | | | | |
| 12/31/2009 | | Transfer from Insurance | | | | | |

PAID

---

Check #1087

ADAM L RUSSELL
2707 COUNTY LINE RD NW
ACWORTH, GA 30101

Date: 2-25-10

Pay to the Order of: Atlanta Brain & Spine    $ 28.52

Twenty Eight & 52/100 Dollars

Bank of America
ACH R/T 061000052

For: 11756

⑈061000052⑈ 334015477201⑈ 1087

SHERWOOD CLINICAL -MAIN  
415 FISK AVENUE  
DEMOREST, GA 30535  
800-847-3987  
Provider #  
Tax ID #   582213506  

Invoice # 105555  
Page 1

# INVOICE

Date 02/17/2010

**To** RUSSELL, ANNA BELLA  
2707 County Line Road  
Acworth, Ga.  30101

**Re** RUSSELL, ANNA BELLA  
2707 County LIne Road  
ACWORTH, GA  30101  
404-642-4331

**Insured** RUSSELL, ANNA BELLA  
1864 CANOE RIDGE  
KENNESAW, GA  30152  
404-642-4331

Policy #  
Group #

**Description** NEBULIZER

**Service Dates** From 09/08/2009   To 09/08/2009   Days 1

*PAID*

| Qty | Delivered | Description | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | 09/08/2009 | UHC COINSURANCE | $54.32 | $54.32 |

[Check image: ADAM L RUSSELL, 2707 COUNTY LINE RD NW, ACWORTH, GA 30101, #1088, Date 2-25-10, Pay to the Order of SHERWOOD CLINICAL, $54.32, Fifty Four & 32/—— Dollars, Bank of America, ACH R/T 061000052, For Invo. #105555, signed. Routing: 061000052  334015477201  1088]

Total Price   $54.32  
Amount Paid   $0.00  
Amount Adjusted   $0.00  

Balance Due   $54.32

**Terms** PAYABLE ON RECEIPT.

**Make Check Payable to** SHERWOOD CLINICAL  
415 FISK AVE  
DEMOREST  GA 30535  
**Phone** 706-776-9127

**COINSURANCE**

**RUSSELL, ANNABELLA**
2707 COUNTY LINE RD    ACWORTH, GA 30101
(404) 642-4331    DOB: 05/07/2007

# PUBLIX PHARMACY
*Feeling well. Living better.*

#0566  •  1727 MARS HILL ROAD  •  ACWORTH, GA 30101
NCPDP# 1142746  •  (770) 218-2426  •  Dispensed by: GMK

**YOUR PRESCRIPTION**

**AMOUNT DUE: $44.09**

Rx 6819434    Refill
Filed: 04/28/2010
**BUDESONIDE 0.25MG/2 SUS**
NDC: 00093-6815-73  Mfg: TEVA PHA
Qty. 120.0    Days: 30
May be refilled until 12/15/2010
Dr. COLON, ENID

Ins. PAI
REF.# FKWK1P1

Your plan has saved you $277.86

**YOUR SAFETY CHECK**
NDC # 00093-6815-73
Side 1
Side 2
Form
Shape
Color

**YOUR ALLERGIES**
1. NO KNOWN DRUG ALLERG

**YOUR MEDICATION**
1- Rinse mouth aft. dose to reduce dryness/hoarseness
2- Do not exceed recommended dosage
3- Follow dosing directions very carefully.
4- Shake gently
5- Check with Dr. before taking any other medicine
6- Promptly report unusual symptoms/effects to Dr
7- If condition persists or worsens notify Dr
8- Inform Dr/Dentist prior to any type of surgery.

**YOUR MESSAGES**
- ASK YOUR PHARMACIST ABOUT AUTO-REFILLS.
- WE FILL WORKERS' COMPENSATION AND CALL YOUR DOCTOR FOR MEDICAL ADVICE
- ABOUT SIDE EFFECTS. YOU MAY REPORT SIDE EFFECTS TO THE FDA
- AT 1-800-FDA-1088.

---

**RUSSELL, ADAM L**
2707 COUNTY LINE RD    ACWORTH, GA 30101
(404) 642-4331    DOB: 01/30/1976

# PUBLIX PHARMACY
*Feeling well. Living better.*

#0566  •  1727 MARS HILL ROAD  •  ACWORTH, GA 30101
NCPDP# 1142746  •  (770) 218-2426  •  Dispensed by: TM5

**YOUR PRESCRIPTION**

**AMOUNT DUE: $49.95**

Rx 6814811    Refill
Filed: 05/10/2010
**CIALIS 5MG    TAB L**
NDC: 00002-4462-30  Mfg: LILLY
Qty. 10.00    Days: 10
1 REFILL BY 09/30/2010
Dr. LONG, KATHRYN

**YOUR SAFETY CHECK**
NDC # 00002-4462-30
Side 1: C 5
Side 2
Form  TABLET
Shape  ALMOND
Color  YELLOW

**YOUR ALLERGIES**
1. NO KNOWN DRUG ALLERG

**YOUR MEDICATION**
1- Do not exceed recommended dosage
2- Consult patient-package information
3- Check w/Dr about drinking grapefruit juice.
4- Do not use w/isosorbide, nitroglycerin, nitrates.
5- Check with Dr. before taking any other medicine
6- May cause headache. Consult Dr if severe.
7- Promptly report unusual symptoms/effects to Dr
8- Tell doctor your complete medical history

**YOUR MESSAGES**
- ASK YOUR PHARMACIST ABOUT AUTO-REFILLS.
- WE FILL WORKERS' COMPENSATION AND CALL YOUR DOCTOR FOR MEDICAL ADVICE
- ABOUT SIDE EFFECTS. YOU MAY REPORT SIDE EFFECTS TO THE FDA
- AT 1-800-FDA-1088.



Rx Count ___ of ___    Mix ___ ml

**The Bortolazzo Group LLC-KENN**
P.O. Box 5518
Athens, GA 30604
Return Service Requested

IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW
☐ VISA       ☐ MASTERCARD
CARD NUMBER            EXP. DATE    AMOUNT
SIGNATURE              MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 04/02/10 | $83.38 | K2-176284.0 |

If you have any questions regarding your bill,
please contact our office at 706-310-0381 or 1-800-532-6151
between 8:30 am - 5:00 pm Mon-Fri.

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE $

ADDRESSEE:
10211-445

K2-176284.0
ADAM RUSSELL
2707 COUNTY LINE RD NW
ACWORTH GA   30101-6921

MAKE CHECKS PAYABLE / REMIT TO:

K2-176284.0
THE BORTOLAZZO GROUP LLC KENN
P.O. BOX 277234
ATLANTA, GA 30384

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

PROVIDERS: MARK A BROWN

| DATE | NAME | DESCRIPTION | CHARGES | PMT/ADJ | BALANCE |
|---|---|---|---|---|---|
| 02/24/10 | ANNABELLA | ED E&M LEVEL 5 | 654.00 | | |
| 03/20/10 | ANNABELLA | PAY UHC/ F.H. 03-22-10 | | -472.52 | |
| 03/20/10 | ANNABELLA | WO UCR | | -98.10 | |
| 03/20/10 | ANNABELLA | CO-INSURANCE $83.38 | 0.00 | | |
| | | PATIENT RESPONSIBILITY---> | | | 83.38 |

ADAM L RUSSELL                                                    1113
2707 COUNTY LINE RD NW
ACWORTH, GA 30101                                            64-5/610 GA
                                          4/8/10    Date      678

Pay to the Order of  Bortolazzo Group LLC Kenn    $ 10.—
      Ten & no/---                                      Dollars

Bank of America
ACH R/T 061000052
For  K2-176284.0
⑆061000052⑆ 33401547720⑈ 1113

*******************************************************
PLEASE FORWARD ALL CORRESPONDENCE
AND PAYMENTS TO:
    The Bortolazzo Group LLC-KENN
    P.O. BOX 277234
    ATLANTA, GA 30384
*******************************************************

| Balances | Current | 31-60 | 61-90 | Over 90 | Balance | | |
|---|---|---|---|---|---|---|---|
| Patient | 83.38 | 0.00 | 0.00 | 0.00 | 83.38 | $ | 83.38 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Total | 83.38 | 0.00 | 0.00 | 0.00 | 83.38 | | |

Please Pay Above Amount

This is your Emergency Room Physician's Bill and payment in full is due upon receipt. This balance is YOUR RESPONSIBILITY. Please note change of address on the back of this statement. If we do not have your insurance information please attach a copy of the front and back of your insurance card. Thank you for choosing Wellstar Kennestone Hospital.

Patient Last Payment Date:
Patient Last Payment Amt:   $0.00
Statement Date:             04/02/10



**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

10211-445

MARIETTA DIAGNOSTIC CENTER LLC
PO BOX 465448
LAWRENCEVILLE GA 30 30042

Date: 02/04/2010

Amount Due: $56.50

$56.50

Temp - Return Service Requested

JCBC*310*23248.1

MED541.A3A7WJ000009.J04E17.000747 000747

ADAM L RUSSELL
2707 COUNTY LINE RD NW
ACWORTH GA  30101-6921

Mail Payment to:

MARIETTA DIAGNOSTIC CENTER LLC
PO BOX 465448
LAWRENCEVILLE GA 30042-5448

MED541

| | |
|---|---|
| Patient Name | - ADAM RUSSELL |
| Account Number | - 310*23248.1 |
| Account Balance | - $56.50 |

Place of Service: MARIETTA DIAG CENTER
KATHRYN LONG MD
Date of Service: 12/03/2009

Dear ADAM RUSSELL:

This is a reminder that payment on your account is now due.

Please mail payment in full today to the address shown above. To insure proper credit, enclose this letter with payment and write your account number on the check.

If you have any questions, please call the number listed below. Thank you for your prompt attention.

If you have already mailed payment in full, please disregard this request.

Sincerely,
BUSINESS OFFICE
800/795-5777

---

ADAM L RUSSELL
2707 COUNTY LINE RD NW
ACWORTH, GA 30101

1085
64-5/610 GA
678

2/25/10 Date

Pay to the Order of MARIETTA DIAGNOSTIC     $ 28.50

TWENTY EIGHT & 50/100    Dollars

Bank of America

ACH R/T 061000052

For JCBC*310*23248.1

⑆061000052⑆  334015477 20⑈ 1085

For questions call, 770/237-1259 and when prompted enter your identification number as follows 4625*23248*1





**Children's Healthcare of Atlanta**
PO Box 3475
Toledo, OH 43607-0475

0101

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 01/23/2010 | 125.00 | 600043298 |

Page: 1 of 1

SHOW AMOUNT PAID HERE $

500333

1670 01
ADAM RUSSELL
2707 COUNTY LINE RD NW
ACWORTH, GA 30101-6921

Childrens Healthcare of Atlanta
PO BOX 116210
ATLANTA, GA 30368-6210

---

Patient Name: Russell, Annabella        Account Number: 600043298        Date of Service: 05/31/2009

Dear Adam Russell,

This account is for professional services of a physician.

Your account is now seriously past due and demands your immediate attention.

We have attempted to contact you by phone or previous correspondence in an effort to work with you to resolve this debt.

We are now at the point of exhausting our internal resources on your past due balance and must hear from you immediately to avoid any further collection activity.

We are available to help you with payment by phone in the form of a check or credit card at no additional charge. Our collection team is available by phone (404) 785-5589 or toll-free (866) 415-7358 between the hours of 8:30 am to 4:00pm Monday - Friday.

Please help us keep your account in good standing. Please detach the tear off portion of this letter and remit with your payment today.

Sincerely,

Collection Manager



# WELLSTAR®

WELLSTAR KENNESTONE HOSPITAL   C
PO BOX 406161
ATLANTA GA 30384

PAGE 1 OF 1

FC = 52

### Important Message

Thank you for utilizing the WellStar Health System as your healthcare provider. It is our mission to create and deliver high quality hospital, physician and other healthcare related services that improve the health and well-being of the individuals and communities we serve.

KEN11O.A3DR6I001049.J050TA.002057 001029

ADAM LEE RUSSELL
2707 COUNTY LINE RD NW
ACWORTH GA 30101-6921

Payment on this account is **now past due**. Wellstar depends on prompt payment of all accounts in order to provide care to the community we serve. Please remit payment as soon as possible in order to settle your account, and further, to help us provide needed care to your family and others in the community.

Failure to pay your account can result in future assignment to collection agencies or attorneys for further action. You may still contact **Customer Service** at the numbers below should you need assistance with questions or payment arrangement options.

## Account Summary

| Patient Name | ANNABELLA RUSSELL |
|---|---|
| Account Number | K1005502445 |
| Bill Date | 05/04/2010 |
| Type of Service | Outpatient Kids Center |
| Service Dates | 02/24/2010 - 02/25/2010 |
| Total Charges | $3,089.75 |
| Patient Payments | -$317.14 |
| Insurance Payments/Adjustments | -$2,202.89 |
| Amount Now Due | **$569.72** |

**A summary of your charges and information about paying your bill is found on the reverse side of this statement. If you need a detailed list of your charges, please call WellStar Customer Service at 678-838-5750.**

## Insurance Information

| Insurance | Policy Number |
|---|---|
| Insurance 1 - UHC /SHBP CHOICE OR CHOICE | XXXXX3987 |
| Insurance 2 - PROFEE UHC /SHBP CHOICE PLUS | XXXXX3987 |

### Contact Us

Billing related questions?
Contact Customer Service at 678-838-5750
Office Hours are 8:00 am - 4:30 pm, Monday - Friday

If your insurance information is incorrect or if you have insurance that is not listed, please contact WellStar Customer Service at 678-838-5750 as soon as possible. Changes to this information may affect how your insurance company pays your claim and may affect the amount due from you.

**Online Billing Manager**, 24 hours per day, 7 days per week. www.wellstar.org. A simple and easy way to access your updated account information and pay your accounts online.

WEL11

WEL11

# WELLSTAR®

 Make Check Payable to WellStar Health System.
 Please include your Phone No. on your check.
 Enclose this payment stub with your payment

**Amount Paid**

$

| GUARANTOR NAME | ACCOUNT NUMBER | AMOUNT DUE | METHOD OF PAYMENT |
|---|---|---|---|
| ADAM LEE RUSSELL | K1005502445 | $569.72 | Check One  ☐ Payment Enclosed    ☐ Charge (Complete below) |

Complete the reverse side of this form only if your address has changed.

☐ VISA   ☐ MasterCard   ☐   ☐ DISCOVER

**WELLSTAR KENNESTONE HOSPITAL
PO BOX 406161
ATLANTA GA 30384-6161**

Credit Card Number

Credit Card Expiration Date        3 Digit Security Code (on back)

Credit Card Holder's Signature       (Cannot be processed without Signature)

```
                                              If Paying by Credit Card, Fill Out Below
THE BORTOLAZZO GROUP LLC PAUL                 ☐ MASTERCARD    ☐ VISA      ☐ OTHER
P.O. BOX 277234                               Card Number           Sec. Code  Exp. Date
ATLANTA, GA  30384-7234
                                              Signature
                                              Last Payment Date/Amt    Period
                                              12/16/2009 ($15.00)     1/1/2007 - 1/19/2010
                                              Statement Date  PLEASE PAY    Due Date
                                              1/19/2010       $22.31        2/8/2010
                        Monthly Statement     Account       SHOW AMOUNT
                                              2-45619.0     PAID HERE   $
```

```
                                              Pay To:

ADAM L.  RUSSELL                              THE BORTOLAZZO GROUP LLC PAUL
2707 COUNTY LINE RD NW                        P.O. BOX 277234
ACWORTH, GA  30101                            ATLANTA, GA  30384-7234
```

*Please detach and return the top portion with your payment. Retain the bottom portion for your records.*

| Date | Name | Code | Description | Provider | Fee | Balance |
|---|---|---|---|---|---|---|
| 10/18/2009 | ADAM | 99284 | ED E&M LEVEL 4 | AMAYA, SHAF | $439.00 | |
| 10/18/2009 | ADAM | 99053 | AFTER HOURS FEE IN 24 HR | AMAYA, SHAF | $75.00 | |
| 11/02/2009 | ADAM | 10 | PAY UHC 11/2/09 | AMAYA, SHAF | ($335.84) | |
| 11/02/2009 | ADAM | 50 | WO UCR | AMAYA, SHAF | ($140.85) | |
| 11/02/2009 | ADAM | COINS | CO-INSURANCE $37.31 | AMAYA, SHAF | | |
| 12/16/2009 | ADAM | 2 | PAY CHECK  12/22/09 | AMAYA, SHAF | ($15.00) | |
| | | | | PATIENT RESPONSIBILITY---> | | $22.31 |

| RESP. | Current | 31 - 60 | 61 - 90 | Over 90 | Balance |
|---|---|---|---|---|---|
| Patient | 0.00 | 0.00 | 22.31 | 0.00 | 22.31 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 0.00 | 22.31 | 0.00 | 22.31 |

```
Account Balance:   $22.31
   Patient Due:    $22.31                     PLEASE PAY ----->        $22.31
```

This is your Emergency Room Physician's Bill and payment in full is due upon receipt.
This balance is YOUR RESPONSIBILITY.  Please note change of address on the back of this
statement.  If we do not have your insurance information please attach a copy of the front
and back of your insurance card.  Thank you for choosing Wellstar Paulding Hospital.
Account: 2-45619.0     THE BORTOLAZZO GROUP LLC PAUL   (706) 310-0381

# WELLSTAR®

WELLSTAR PAULDING HOSPITAL    S
PO BOX 406166
ATLANTA GA 30384

PAGE 1 OF 1

FC = 82

**Important Message**

Thank you for utilizing the WellStar Health System as your healthcare provider. It is our mission to create and deliver high quality hospital, physician and other healthcare related services that improve the health and well-being of the individuals and communities we serve.

WEL11T.A397BJ000065.J048F9.000473 000237

ADAM LEE RUSSELL
2707 COUNTY LINE RD NW
ACWORTH GA 30101-6921

You have been sent three billing statements and your account still remains unpaid and over due. The balance due is now seriously past due.

There are still other payment options available to you, but you must act immediately to take advantage of them. If payment arrangements or full payment is not made in the next 20 days, your account may be turned over to a collection agency or law office in order to seek resolution.

## Account Summary

| Patient Name | ADAM LEE RUSSELL |
|---|---|
| Account Number | L0929100719 |
| Bill Date | 01/10/2010 |
| Type of Service | Emergency Room |
| Service Dates | 10/18/2009 |
| Total Charges | $1,385.00 |
| Patient Payments | -$48.90 |
| Insurance Payments/Adjustments | -$1,291.10 |
| Amount Now Due | $45.00 |

A summary of your charges and information about paying your bill is found on the reverse side of this statement. If you need a detailed list of your charges, please call WellStar Customer Service at 1-888-442-8162.

| Insurance Information | Policy Number |
|---|---|
| Insurance 1 - UHC /SHBP PPO OPTIONS | XXXXX3987 |
| Insurance 2 - PROFEE UHC/SHBP PPO | XXXXX3987 |

### Contact Us

Billing related questions?
Contact Customer Service at 1-888-442-8162
Office Hours are 8:00 am - 4:30 pm, Monday - Friday

If your insurance information is incorrect or if you have insurance that is not listed, please contact WellStar Customer Service at 1-888-442-8162 as soon as possible. Changes to this information may affect how your insurance company pays your claim and may affect the amount due from you.



**Online Billing Manager**, 24 hours per day, 7 days per week. www.wellstar.org. A simple and easy way to access your updated account information and pay your accounts online.

# WELLSTAR®

✓ Make Check Payable to WellStar Health System.
✓ Please include your Phone No. on your check.
✓ Enclose this payment stub with your payment

| Amount Paid |
|---|
| $ |

| GUARANTOR NAME | ACCOUNT NUMBER | AMOUNT DUE | METHOD OF PAYMENT |
|---|---|---|---|
| ADAM LEE RUSSELL | L0929100719 | $45.00 | Check One ☐ Payment Enclosed    ☐ Charge (Complete below) |

Complete the reverse side of this form only if your address has changed.



**WELLSTAR PAULDING HOSPITAL**
**PO BOX 406166**
**ATLANTA GA 30384-6166**

☐ VISA    ☐    ☐    ☐ DISCOVER

Credit Card Number

Credit Card Expiration Date    3 Digit Security Code (on back)

Credit Card Holder's Signature    (Cannot be processed without Signature)

5027