**Bank of America**    **Online Banking**

## MyAccess Checking - 7201: Account Activity Transaction Details

|  |  |
|---|---|
| **Post date:** | 04/25/2013 |
| **Amount:** | -110.00 |
| **Type:** | Debit card |
| **Purchaser:** | ADAM L RUSSELL |
| **Description:** | CHECKCARD 0424 MARIETTA COMMUNITY SCHO 770-429-3170 GA 24108383114207276200057 |
| **Merchant category:** | Schools and Educational Services - not elsewhere classified |
| **Merchant category code:** | 8299 |
| **Expense category:** | Professional Services & Membership Organizations |

# Bank of America

# Online Banking

**MyAccess Checking - 7201: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 05/07/2013 |
| **Amount:** | -74.00 |
| **Type:** | Debit card |
| **Purchaser:** | ADAM L RUSSELL |
| **Description:** | CHECKCARD 0506 MARIETTA PHOTOTICKET 866-7904111 AZ 24717053126171268872737 |
| **Merchant category:** | Court Costs including Alimony and Child Support |
| **Merchant category code:** | 9211 |
| **Expense category:** | Government Services |

**Bank of America**                                                                 Online Banking

## MyAccess Checking - 7201: Account Activity Transaction Details

| | |
|---:|---|
| **Post date:** | 05/21/2013 |
| **Amount:** | -67.56 |
| **Type:** | Debit card |
| **Purchaser:** | ADAM L RUSSELL |
| **Description:** | CHECKCARD 0520 ALL PETS VET HOSPITAL I DALLAS GA 24755423140161406263410 |
| **Merchant category:** | Miscellaneous and Specialty Retail Stores |
| **Merchant category code:** | 5999 |
| **Expense category:** | Miscellaneous Stores |

# Adams Collision, Inc.

Adams Collision, Inc.
63 Millhouse Drive
Hiram, GA 30141-3765

(770)222-2219
coreyadams1978@yahoo.com

## Invoice

| Date | Invoice No. |
|---|---|
| 05/23/2013 | 1205 |
| Terms | Due Date |
| Net 30 | 05/22/2013 |

**Bill To**
Adam Russell
404-642-4331

| Amount Due | Enclosed |
|---|---|
| $914.95 | |

✂ Please detach top portion and return with your payment. ✂

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • 2000 Chevy Suburban | | | |
| • replace water pump and fuel filter | 1 | 750.00 | 750.00 |
| • Change oil | 1 | 39.95 | 39.95 |
| • diagnostics | 1 | 125.00 | 125.00 |

*paid in full*
*5/23/13*
*Cash - $914.95*

| | | Total | $914.95 |
|---|---|---|---|

# Bank of America

# Online Banking

## MyAccess Checking - 7201: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 05/24/2013 |
| **Amount:** | -150.00 |
| **Type:** | Debit card |
| **Purchaser:** | ADAM L RUSSELL |
| **Description:** | CHECKCARD 0523 ALL PETS VET HOSPITAL I DALLAS GA 24755423143171438001362 |
| **Merchant category:** | Miscellaneous and Specialty Retail Stores |
| **Merchant category code:** | 5999 |
| **Expense category:** | Miscellaneous Stores |

# WELLSTAR.



Statement Date: **1/19/2014**
Guarantor Name: **Adam Lee Russell**
Medical Record Number: **560797294**
Payor Plan: **BLUE CROSS - BCBS 101 /GA PPO BLUE CHOICE**

Interested in staying well? Get the latest health tips, news, and more on our new health information website at www.wellstar.org

**GUARANTOR INFORMATION:**
Adam Lee Russell
841 WILSON CIRCLE SW
MARIETTA, GA 30064

This is not a bill. This is an itemization of your services for:

Patient Name: Anna Bella Russell

Account ID:   30000146584

Guarantor ID: 156985

Current Account Charges: 528.00

Admission Date: 01/07/2014

Discharge Date: 01/07/2014

**Hospital Charges**

| Service Date | Service Location | Description | Quantity | Amount |
|---|---|---|---|---|
| 01/07/2014 | WS Kennestone Imaging Center at 700 Building (MIC) [103010] | HC XR CHEST FRONTAL & LATERAL 2VW | 1 | 528.00 |

| | |
|---|---|
| Total hospital charges: | 528.00 |
| Total hospital payments and adjustments: | 0.00 |

130016

## WELLSTAR.

**Mail Processing Center**
**PO Box 3475 Toledo, OH 43607-0475**





RUSSELL ADAM LEE
841 WILSON CIR SW
MARIETTA, GA 30064-3006

WELLSTAR HEALTH SYSTEMS INC.
PO BOX 670747
ATLANTA, GA 30374-2616

Generated by CamScanner from intsig.com

**MAKE CHECKS PAYABLE TO:**

**Pediatric Professionals**
1880 West Oak Parkway
Suite 101
Marietta, GA 30066

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
| --- |
| CHECK CARD USING FOR PAYMENT |
| ☐ AMERICAN EXPRESS  ☐ DISCOVER  ☐ MASTERCARD  ☐ VISA |
| CARD NUMBER    CVV    AMOUNT |
| SIGNATURE    EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| --- | --- | --- |
| 01/15/14 | $264.12 | 0031000000001345 |

SHOW AMOUNT PAID HERE  $ _____

**STATEMENT**

**ADDRESSEE:**

Russell, Anna Bella
841 Wilson Circle Sw
MARIETTA, GA 30064
USA

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**REMIT TO:**

**Pediatric Professionals**
1880 West Oak Parkway
Suite 101
Marietta, GA 30066

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

(770) 795-8783

| DATE | PATIENT | PROVIDER | SERVICE | DESCRIPTION OF SERVICE | CHARGE | INSUR RECEIPT | PATIENT RECEIPT | ADJUST | INSUR BALANCE | PATIENT BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/04/12 | Anna | Colon | 99213 | Office or other outpatient visi... | $128.00 | $0.00 | $34.29 | $40.28 | $0.00 | $53.43 |
| 06/04/12 | Anna | Colon | 81002 | UA Dipstick w/o Micro | $10.00 | $0.00 | | $6.43 | $0.00 | $3.57 |
| 01/16/13 | Anna | Colon | 87880 | Rapid Strep | $33.00 | $16.76 | | $16.24 | $0.00 | $0.00 |
| 01/16/13 | Anna | Colon | 99213 | Office or other outpatient visi... | $128.00 | $91.45 | | $36.55 | $0.00 | $0.00 |
| 07/03/13 | Anna | Colon | 99393 | Periodic comprehensive prev... | $170.00 | $129.94 | | $40.06 | $0.00 | $0.00 |
| 07/26/13 | Anna | Hoossainy | 99213 | Office or other outpatient visi... | $147.00 | $0.00 | | $51.82 | $0.00 | $95.18 |
| 09/10/13 | Anna | Colon | 99213 | Office or other outpatient visi... | $147.00 | $0.00 | | $51.82 | $0.00 | $95.18 |
| 09/10/13 | Anna | Colon | 87880 | Rapid Strep | $33.00 | $0.00 | | $16.24 | $0.00 | $16.76 |
| 11/13/13 | Anna | Colon | 90686 | FLU VAC NO PRSV 4 VAL 3... | $30.00 | $18.93 | | $11.07 | $0.00 | $0.00 |
| 11/13/13 | Anna | Colon | 90471 | Immunization administration ... | $52.00 | $34.15 | | $17.85 | $0.00 | $0.00 |
| 01/07/14 | Anna | Colon | 99213 | Office or other outpatient visi... | $147.00 | | $30.00 | | $117.00 | $0.00 |

**Insert Message 3**

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 0031000000001345 | $117.00 | $0.00 | $0.00 | $207.12 | $57.00 | $381.12 |

| PLEASE PAY THIS AMOUNT »»»» | $264.12 |
| --- | --- |

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**STATEMENT**

PAGE: 1

Generated by CamScanner from intsig.com

PO BOX 411187
ST LOUIS, MO 63141-3187

9900

**IF PAYING BY MASTERCARD, VISA OR AMERICAN EXPRESS**

☐ MASTERCARD  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER

SIGNATURE                                EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| January 15, 2014 | $277.25 | 131862045 |

SHOW AMOUNT PAID HERE   $

01478 0101    PHONE: (877) 395-3125

ADAM RUSSELL
2707 COUNTY LINE RD
ACWORTH, GA 30101-6921

MEDICREDIT INC.
P.O. BOX 411187
ST. LOUIS, MO 63141-3187

9900*SZ50R2A3T001418

```
# of Accounts on file:  1
Total Balance on file:  $277.25
Primary Account #:      131862045
Creditor #: 15-490768-11147737
```

Creditor: PIEDMONT PHYSICIANS GROUP (PPG)

Dear Mr./Ms. Russell              ****URGENT NOTICE ****
Our attempts to reach you by phone and mail have been unsuccessful. It is your responsibility to call us. Unless we hear from you within TEN days of the date of this letter, further collection activity may be required.

We now offer automatic check drafts. Call us for details. If you wish to pay this account with your credit card, please fill in the card number and date of expiration above or call the above number.  There will be a $20 service charge on all returned checks.

| CLIENT | BALANCE DUE | CLIENT ACCT# |
|---|---|---|
| PIEDMONT PHYSICIANS GROUP (PPG) | 277.25 | 15-490768-11147737 |

For your convenience you have the option to pay by Credit Card or electronic check (ACH) payments. There will be a $4.95 Third Party Transaction Fee for using this option. This Third Party fee will appear separately on your credit card holder or bank statement. Transaction fees do not apply to CT, CO, MA, MN, WA, WI, and WY states. Payments via check through the mail are not subject to the Third Party Transaction Fee.

This letter is an attempt from a debt collection agency to collect a debt and any information obtained will be used for that purpose.

See Reverse For Important Information.

Debt Collector

Office Hours: 8AM-9PM Monday - Thursday  8AM-7PM Friday  9AM-1PM Saturday
*********************************************************
          PAY ONLINE:  WWW.MEDICREDITCORP.COM
*********************************************************
                                                                04

Generated by CamScanner from intsig.com

**Children's** Healthcare of Atlanta
PO Box 3475
Toledo, OH 43607-0475

To Contact Us:
(404)785-5589

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER | SIGNATURE CODE
SIGNATURE | EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 1/28/14 | $298.79 | 5000057659 |

Page: 1 of 1

SHOW AMOUNT PAID HERE  $

125 01
ADAM RUSSELL
2435 ANDERSON ESTATES CT
MARIETTA, GA 30064-5056

CHILDREN'S HEALTHCARE OF ATLANTA
PO BOX 116210
ATLANTA, GA 30368-6210

| Date of Service | Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 12/28/13 | Acct #300104769 AIDAN WYATT RUSSELL Professional Outpatient<br>Professional Charges<br>TOWN CENTER UC, Krishna V Eechampati 12/28/13<br>CPG RADIOLOGY, Jonathan M Loewen 12/28/13<br><br>UNITED Payments<br>UNITED Adjustments | 403.00<br>47.00 | <br><br>-24.28<br>-126.93 | |
| | **Professional Total** | 450.00 | -151.21 | 298.79 |

Thank you for using Children's Healthcare of Atlanta.

To pay your bill online, please visit www.choa.org/pa

### Summary Of Activity

| | |
|---|---|
| Charges | 450.00 |
| Payments/Adjustments | -151.21 |
| Amount Due Now | 298.79 |

633-CHOAEPIC-2009808-1611901383-P; 8329401-1-125; 34126028-1; 1