## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re:                                                           Case No. A09-69300-WLH

     ADAM LEE RUSSELL
     MELISSA DIANA RUSSELL
          Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2009.

2) The plan was confirmed on 07/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/22/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 05/05/2014.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $57,155.00.

10) Amount of unsecured claims discharged without payment: $118,884.76.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $36,213.20 |
| Less amount refunded to debtor | $1,657.04 |

**NET RECEIPTS:** $34,556.16

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,475.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,688.14 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,163.14

Attorney fees paid and disclosed by debtor: $1,500.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVCS | Secured | 9,808.00 | 8,190.53 | 8,190.53 | 8,190.53 | 364.94 |
| CAPITAL ONE BANK | Unsecured | 19,667.00 | 19,845.77 | 19,845.77 | 3,488.29 | 0.00 |
| EAST BAY FUNDING | Unsecured | 4,556.00 | 5,470.10 | 5,470.10 | 961.48 | 0.00 |
| EAST BAY FUNDING | Unsecured | 15,698.00 | 18,694.55 | 18,694.55 | 3,285.94 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 27,679.00 | 30,135.46 | 30,135.46 | 5,296.91 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 10,471.00 | 11,943.48 | 11,943.48 | 2,099.31 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 3,023.00 | 3,460.34 | 3,460.34 | 608.22 | 0.00 |
| LAKES OF STONEGATE HOMEOWNE | Unsecured | 630.00 | 1,460.47 | 1,460.47 | 256.71 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 12,949.00 | 13,951.30 | 13,951.30 | 2,452.22 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 16,923.00 | 19,277.84 | 19,277.84 | 3,388.47 | 0.00 |
| REAL TIME RESOLUTIONS INC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARRIOTT REWARDS | Unsecured | 15,201.00 | NA | NA | 0.00 | 0.00 |
| PIEDMONT CDS | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| PIEDMONT HOSPITAL | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| SIBLEY HEART CENTER CARDIOLOG | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,190.53 | $8,190.53 | $364.94 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,190.53** | **$8,190.53** | **$364.94** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$124,239.31** | **$21,837.55** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,163.14 |
| Disbursements to Creditors | $30,393.02 |
| | |
| **TOTAL DISBURSEMENTS** : | **$34,556.16** |

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/20/2014               By: /s/ Nancy Whaley _____

                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

## CERTIFICATE OF SERVICE

Case No. A09-69300-WLH

This is to certify that I have this day served the following with a copy of the foregoing Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
ADAM LEE RUSSELL
1307 FAIRRIDGE CIR SW
MARIETTA, GA  30008

**Debtor(s):**
MELISSA DIANA RUSSELL
2435 ANDERSON ESTATES COURT
MARIETTA, GA  30064

**Attorney for the Debtor(s):**
RODERICK H. MARTIN & ASSOC. PC
279 WASHINGTON AVENUE. NE
MARIETTA, GA  30060-1980

This the 20th day of November, 2014.

/s/_____
  Nancy J. Whaley
  Standing Chapter 13 Trustee
  State Bar No. 377941
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**